UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW MEXICO

**PAULO CESAR GAMEZ LIRA,**

    *Petitioner*,

v.

**KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security; PAMELA BONDI, in her official capacity as Attorney General of the United States; TODD LYONS, in his official capacity as Acting Director and Senior Official Performing the Duties of the Director of U.S. Immigration and Customs Enforcement; MARY DE ANDA-YBARRA, in her official capacity as Field Office Director of the El Paso Field Office of U.S. Immigration and Customs Enforcement, Enforcement and Removal Operations; DORA CASTRO, in her official capacity as Warden of the Otero County Processing Center;**

    *Respondents*.

Case No. 25-CV-0855-WJ-KK

## ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS AND DIRECTING RELEASE

1. This matter comes before the Court on Petitioner Paulo Cesar Gamez Lira's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Doc. 1). The Court has reviewed the Petition and the Government's Response (Doc. 19).

2. The Court finds good cause to grant the Petition as it relates to Petitioner's release from detention.

3. **IT IS ORDERED** that the Petition for Writ of Habeas Corpus (Doc. 1) is **GRANTED**.

4. **IT IS FURTHER ORDERED** that Respondents shall immediately release Petitioner

1

Paulo Cesar Gamez Lira from custody at the Otero County Processing Center.

_____
WILLIAM P. JOHNSON
UNITED STATES DISTRICT JUDGE